IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN        DIVISION

RECEIVED
2022 NOV 22 PM 3: 23
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY MO

Michael Steven Kelly

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

State of Missouri

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4:22-cv-772-BP

*(to be filled in by the Clerk's Office)*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☒ Yes ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Steven Kelly |
| Street Address | 7777 Holmes Rd. Apt 536 |
| City and County | Kansas City, Jackson |
| State and Zip Code | Missouri 64131 |
| Telephone Number | N/A |
| E-mail Address | N/A |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | William J. Peters |
| Job or Title (if known) | Judge of Circuit Court of Jackson Co. |
| Street Address | 415 E. 12th St. Suite 300 |
| City and County | Kansas City Jackson Co. |
| State and Zip Code | Missouri 64106 |
| Telephone Number | (816) 881-3934 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

|                          |                                          |
|--------------------------|------------------------------------------|
| State and Zip Code       | _____        |
| Telephone Number         | _____        |
| E-mail Address (if known)| _____        |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only three types of cases can be heard in federal court.  Provide the designated information for this type of case.  *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____William J. Peters_____

_____

_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A.  The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* William J. Peters , is a citizen of the State of *(name)* Missouri . *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

The defendant, *(name)* William J. Peters , is incorporated under the laws of the State of *(name)* Missouri , and has its principal place of business in the State of *(name)* Missouri . *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Missouri .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

The period of years I was in prison unlawfully - caused loss of family, body decompensated and mental decline. This is why I feel I deserve 90 million.

III. **Statement of Claim**

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? My body and mind deteriorated I lost hope. They forced medicine on me I
- What injuries did you suffer? did not need.

I tried to commit suicide. I had a mini stroke.
- Who was involved in what happened to you? I was assaulted by These records can be requested inmates and saff. by Fulton State Hospital St. Joseph State Hospital and I was threatened Farmington (Southeast Missouri multiple time.

- How were the defendants involved in what happened to you? The judge inpriscred me unlawfully and broke my constitutional rights.
- Where did the events you have described take place? Court Room Division 6
- When did the events you have described take place? 1991/1992

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I want the court to compensate me for the injustice.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☐          No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒          No ☐

Do you claim punitive monetary damages?

Yes ☒          No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

I am requesting 90 million because the court cannot give me back the 30 years I lost or the people I lost. As well as the physical and mental harm.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

October 12, 2022

Date of signing: ~~10-12, 2023~~ msk

Signature of Plaintiff          _Michael Steven Kelly_

Printed Name of Plaintiff       _Michael Steven Kelly_

RECEIVED
2022 NOV 22 PM 3:22